[No. 38336. Department Two. May 19, 1966.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN T. P. HAUGHEY, *Appellant*.*

*Fredrickson, Maxey & Bell, Carl Maxey* (Appointed counsel for appeal), and *Otto M. Allison, Jr.*, for appellant.

*George A. Kain* and *Donald C. Brockett*, for respondent.

PER CURIAM.—Except for the unimportant differences that this case was tried to the court rather than to a jury, and the mental illness here was of longer duration, it presents identical questions as were decided in *State v. Johnson*, 67 Wn.2d 671, 409 P.2d 655 (1966).

The judgment is affirmed, there being substantial evidence to support it. *State v. Mercy*, 55 Wn.2d 530, 532, 348 P.2d 978 (1960).

*Reported in 414 P.2d 49.